```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| LYNNE ANNE ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | 7:20-CV-33-JMH |
| v. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| ACTING COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\* \*\* \*\* \*\* \*\*

In accordance with the Court's Order entered contemporaneously herewith, Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g),

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) Defendant Commissioner's decision denying Plaintiff's disability claims is **AFFIRMED**;

(2) Judgment is **ENTERED** in favor of Defendant Commissioner;

(3) This matter is **DISMISSED** and **STRICKEN FROM THE COURT'S ACTIVE DOCKET**; and

(4) This is a **FINAL** and **APPEALABLE JUDGMENT,** and there is no just cause for delay.

This 4th day of August, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge